(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant,
          JOSEPH MAR

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiffs,<br><br>    v.<br><br>JOSEPH MAR,<br><br>         Defendants. | Case No: **1:14-CR-00226–AWI-BAM**<br><br>**WAIVER OF APPEARANCE<br>AND<br>ORDER** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

      OFFICE and/or ITS REPRESENTATIVES:

Defendant, JOSEPH MAR, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving his appearance at the Status Conference currently set for May 9, 2016 at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe.

The reason for this request is that Mr. Mar lives in Ceres, California, and does not have any available paid time off with his employer, and in order to come to court he would have to take a full, unpaid, day off work.

It is not anticipated that anything dispositive will occur on May 9, 2016.

Mr. Mar has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Status Conference has been discussed and Mr. Mar is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Joseph Mar's appearance at the hearing on May 9, 2016, at 1:00 p.m. be excused.

DATED: April 18, 2016.           Respectfully submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
JOSEPH MAR

\* \* \* \* \* \*

## ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, Joseph Mar (4), is hereby excused from appearing at the 6th Status Conference currently scheduled for May 9, 2016, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **April 18, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE