PHILLIP A. TALBER
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JOSEPH PHILLIP MAR, ET. AL.,<br><br>                          Defendants. | **CASE NO. 1:14-CR-00226-DAD-BAM**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT MARS' MOTION TO SUPPRESS**<br><br>Date: July 18, 2016<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

   The United States of America, by and through PHILLP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Joseph Phillip Mar, by and through Mark Coleman, his attorney of record, hereby stipulate to continue the hearing of the motion filed in this matter from July 28, 2016 until August 15, 2016 at 10:00 a.m. The government will file its response on or before July 22, 2016 and the defendant's reply shall be filed on or before August 5, 2016.

   The basis for this continuance is as follows:  Counsel for the government provided additional information to counsel for the defense.  Counsel for the defense has indicated that review of the information may affect the need for a government response.  Furthermore, the government requires additional time to complete its response upon defense's counsel review of the additional information.

///

///

The parties request that time be excluded to and through the date of the Court's order on the pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

Dated: June 30, 2016    BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  June 30, 2016    /s/ *Mark Coleman*
MARK COLEMAN
Attorney for Defendant

**ORDER**

The hearing to determine if an evidentiary hearing is necessary regarding defendant Joseph Philip Mar's motion to suppress (Doc. 72) currently set July 18, 2016, is continued to August 15, 2016, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd. The parties should be prepared to argue whether or not an evidentiary hearing is necessary,  Judge Drozd will hear argument and will either rule on the motion on the papers or specially set an evidentiary hearing on an agreed upon date. Time is excluded through August 15, 2016 due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

IT IS SO ORDERED.

Dated:  **July 1, 2016**    _____
UNITED STATES DISTRICT JUDGE