MARK W. COLEMAN #117306
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant, JOSEPH MAR

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: **1:14-CR-00226–DAD-BAM** |
|---|---|
| Plaintiffs, | |
| v. | **WAIVER OF APPEARANCE AND ORDER** |
| JOSEPH MAR, | |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY

OFFICE and/or ITS REPRESENTATIVES:

Defendant, JOSEPH MAR, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving his appearance at the Trial Confirmation currently set for March 5, 2018 at 10:00 a.m., before Magistrate Judge Dale A. Drozd.

The reason for this request is that Mr. Mar lives in Ceres, California, and does not have sufficient available paid time off with his employer, and in order to come to court he would have to take a full day off work.

Counsel has been informed by Judge Drozd's clerk that the Trial Date in this case will be continued. Counsel has conferred with Assistant United States Attorney Kathleen Servatius

1

to choose a new trial date. Client is aware that the Trial will be continued and has been informed of the possible Trial dates.

Mr. Mar has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Trial Confirmation has been discussed and Mr. Mar is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Joseph Mar's appearance at the hearing on March 5, 2018, at 10:00 a.m. be excused.

DATED: February 26, 2018.  Respectfully submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant,
JOSEPH MAR

**ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, Joseph Mar, is hereby excused from appearing at the Trial Confirmation currently scheduled for March 5, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**March 1, 2018**__  _____
UNITED STATES DISTRICT JUDGE