**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, JOSEPH MAR

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH MAR,<br><br>Defendants. | Case No: **1:14-CR-00226–DAD-BAM**<br><br>**WAIVER OF APPEARANCE<br>AND<br>ORDER** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY

OFFICE and/or ITS REPRESENTATIVES:

Defendant, JOSEPH MAR, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving his appearance at the Settlement Conference currently scheduled for March 23, 2020 at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe.

The reason for this request is that Mr. Mar lives in Ceres, California, and does not have sufficient available paid time off with his employer, and in order to come to court he would have to take a full day off work.

Mr. Mar has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the Settlement Conference has been discussed and Mr. Mar is satisfied that all relative matters have been adequately discussed.

| | |
|---|---|
| 1 | It is hereby requested that Joseph Mar's appearance at the hearing on March 23, 2020, at 1:00 p.m. be excused. |

DATED: March 16, 2020.            Respectfully submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
JOSEPH MAR

## **ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, Joseph Mar, is hereby excused from appearing at the Status Conference currently scheduled for March 23, 2020, at 1:00 p.m.

IT IS SO ORDERED.

Dated: __**March 17, 2020**__            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE