PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14−CR−00226−ADA−BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. | |
| JOSEPH PHILLIP MAR, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter, because the evidence to proceed is no longer sufficient in light of exculpatory information recently obtained by the government. It is further requested that the Court vacate the November 14, 2022 trial confirmation hearing and the November 29, 2022 trial date.

Dated: October 4, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   October 4, 2022

UNITED STATES DISTRICT JUDGE