(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2344 TULARE STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant, JOSEPH MAR

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH MAR,<br><br>Defendants. | Case No: **1:14-CR-00226-ADA-BAM**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MARK W. COLEMAN AS ATTORNEY OF RECORD AND ORDER** |

     On October 23, 2014, Defendant JOSEPH MAR was indicted on federal charges.  CJA Panel Attorney Mark W. Coleman was appointed as trial counsel to represent Mr. Mar in his criminal case.  The case against Mr. Mar was dismissed on October 5, 2022.

     The trial phase of Mr. Mar's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Mar, CJA attorney Mark W. Coleman now moves to terminate his appointment under the Criminal Justice Act.

     Should Mr. Mar require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

///

///

DATED: April 24, 2023.   Respectfully submitted,

                                      LAW OFFICE OF MARK W. COLEMAN

                                      /s/ Mark W. Coleman

                                      MARK W. COLEMAN
                                      Attorney for Defendant,
                                      JOSEPH MAR

## ORDER

Having reviewed the notice and found that attorney Mark W. Coleman has completed the services for which he was appointed, the Court hereby grants attorney Coleman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joseph Mar at the following address and to update the docket to reflect Defendant's pro se status and contact information.

    Joseph Mar
    3712 Maserati Drive, #3
    Modesto, CA 95356

IT IS SO ORDERED.

  Dated:   April 25, 2023                                         
                                                 UNITED STATES DISTRICT JUDGE